Michael J. Farrell, OSB No. 902587
Email:  mfarrell@martinbischoff.com
Thomas W. Purcell, OSB No. 114938
Email:  tpurcell@martinbischoff.com
MARTIN BISCHOFF TEMPLETON
    LANGSLET & HOFFMAN LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon  97204
Telephone: (503) 224-3113
Facsimile: (503) 224-9471

Attorneys for Defendant Homesales, Inc.


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JAMES J. RIGGS and CELESTE L. RIGGS, individuals,<br><br>              Plaintiffs,<br><br>      v.<br><br>HOMESALES, INC, an Oregon foreign business corporation; WELLS FARGO BANK, N.A., a nationally chartered bank; and NORTHWEST TRUSTEE SERVICES, INC., an Oregon foreign business corporation incorporated in Washington state,<br><br>              Defendants. | Case No. 3:12-cv-00289-SI<br><br>DEFENDANT HOMESALES, INC'S SECOND UNOPPOSED MOTION FOR FURTHER STAY OF LITIGATION |

## LR 7-1 CERTIFICATE OF COMPLIANCE

Counsel for Defendant Homesales Inc. ("Homesales"), certifies that he conferred in good

faith with Plaintiffs' counsel and counsel for Defendants Wells Fargo Bank, N.A. ("Wells

Fargo") and Northwest Trustee Services, Inc. ("NWTS") regarding the issues presented in this

motion, and that Plaintiffs, Wells Fargo, and NWTS consent to this motion.

///

Page 1 –         DEFENDANT HOMESALES, INC'S SECOND
                 UNOPPOSED MOTION FOR FURTHER STAY OF
                 LITIGATION

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR  97204
Telephone (503) 224-3113
Fax (503) 224-9471

## MOTION

Pursuant to Fed. R. Civ. P. 6(b), Homesales requests the Court issue an order staying this matter for an additional sixty (60) days while Plaintiffs and Defendants finalize their settlement of this matter. This court previously granted Homesales Motion for Stay up and through February 14, 2013. The deadline for dispositive motion is currently set for March 8, 2013.

The parties have agreed in substance to a settlement of this matter and are currently finalizing the details of their settlement. The purpose of this motion is to preserve the parties' ability to file dispositive motions should any problems arise during the final settlement process.

This motion is not made for the purpose of delay.

DATED: March 8, 2013.

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN, LLP


By:＿＿s/ Thomas W. Purcell＿＿＿＿＿＿＿＿
    Michael J. Farrell, OSB No. 902587
    Email:  mfarrell@martinbischoff.com
    Thomas W. Purcell, OSB No. 114938
    Email:  tpurcell@martinbischoff.com
    888 SW Fifth Avenue, Suite 900
    Portland, Oregon  97204
      Attorneys for Defendant Homesales, Inc.

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR  97204
Telephone (503) 224-3113
Fax (503) 224-9471

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I filed the foregoing DEFENDANT HOMESALES, INC'S SECOND UNOPPOSED MOTION FOR FURTHER STAY OF LITIGATION via the U.S. District Court's CM/ECF Electronic Filing System.

I further certify that by filing said document via U.S. District Court's CM/ECF Electronic Filing System, a copy thereof was served by either electronic notice through ECF or by mailing to said individuals a true copy thereof, addressed to their last known regular address and deposited in the Post Office at Portland, Oregon as on the following parties:

Thomas H. Cutler
Harris Berne Christensen LLP
500 S.W. Meadows Rd., Suite 400
Lake Oswego, OR 97035

Telephone:
Facsimile: 503.968.2003
Email: thomas@hbslawyers.com
Attorney for Plaintiffs

John Thomas
Routh Crabtree Olsen PC
621 SW Alder Street, Suite 800
Portland, Oregon 97205

Telephone: 503.977.77926
Facsimile: 503.977.7963
Email: tshill@rcolegal.com

Attorneys for Northwest Trustee Services, Inc.

Pilar C. French
Brian T. Kiolbasa
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204

Telephone: 503.778.2100
Facsimile: 503.778.2200
Email: Frenchp@lanepowell.com
Email: kiolbasab@lanepowell.com

Attorneys for Wells Fargo Bank, N.A.

DATED: March 8, 2013.

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN, LLP

By:    /s/ Thomas W. Purcell
    Michael J. Farrell, OSB No. 902587
    Email: mfarrell@martinbischoff.com
    Thomas W. Purcell, OSB No. 114938
    Email: tpurcell@martinbischoff.com
    888 SW Fifth Avenue, Suite 900
    Portland, Oregon 97204
    Telephone: 503.224.3113
    Facsimile: 503.224.9471
        Attorneys for Defendant Homesales, Inc.

DEFENDANT HOMESALES, INC'S SECOND UNOPPOSED MOTION FOR FURTHER STAY OF LITIGATION

MARTIN, BISCHOFF, TEMPLETON, LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone (503) 224-3113
Fax (503) 224-9471